PAUL RIMMEIR, Appellant-Respondent, v. SUSAN MERINOFF et al., Respondents-Appellants.— In

—Latham, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

EDWARD SIMPSON, Appellant, v. NEWBURGH HOUSING AUTHORITY, Respondent.—

Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.